

777 Westchester Ave, Suite 101
White Plains, New York 10604
(O) (914) 218-6190
(F) (914) 206-4176
www.ElHaglaw.com
Jordan@Elhaglaw.com

*The Firm that Fights for Workers' Rights!*

July 18, 2019

**Via ECF**

Hon. Deborah A. Batts
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        **Re: Request to withdraw complaint without prejudice**
        **CASE NAME:** SHEEHAN V. CONSENSYS, INC.
        **Case No.** 19-cv-06687 (DAB)

Dear Judge Batts,

I represent the Plaintiff in the above referenced matter. I am writing the Court to request permission to withdraw the complaint without prejudice. Our office inadvertently filed this matter in the Southern District when the proper venue is the Eastern District as the Defendant is located in Brooklyn.

Additionally, Plaintiff seeks a refund of the $400 filing fee paid to initiate the case in the S.D.N.Y. If your Honor would be so kind as to grant this request as well, I would greatly appreciate it.

Thank you for your time and attention to this matter, and I apologize for the inconvenience.

Respectfully Submitted,

By:_____

Jordan El-Hag, Esq.