```
         UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
Sheehan
                      Plaintiff,

         -against-                              19 Civ. 6687
                                                ORDER OF DISMISSAL

Consensys, Inc.

                      Defendant.
--------------------------------------X
DEBORAH A. BATTS, United States District Judge.
```

The Court is in receipt of Plaintiff's letter dated July 18, 2019 requesting permission to withdraw the Complaint as this action was inadvertently filed in the Southern District of New York rather than the Eastern District of New York. Pursuant to Federal Rule of Civil Procedure 41(a)(2) this action is <u>dismissed without prejudice</u>.

Plaintiff shall be <u>refunded</u> the $400 fee paid to initiate this action in this Court.

The Clerk of the Court is kindly directed to close the docket in this case.

SO ORDERED.

DATED:   July 25, 2019
         New York, New York

*[signature: Deborah A. Batts]*
Deborah A. Batts
United States District Judge